1   J. FRANK McCABE (SBN 48246)
    500 Sansome Street, Suite 212
2   San Francisco, California 94111
    Telephone:  (415) 397-1757
3   Facsimile:  (415) 433-7258

4   Attorney for Defendant
    KEVIN THOMPSON

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,      )    NO. CR 06-0051 CW
                                   )
13            Plaintiff,           )    **ORDER PERMITTING DEFENDANT**
                                   )    **THOMPSON TO TRAVEL OUTSIDE**
14        v.                       )    **NORTHERN DISTRICT OF**
                                   )    **CALIFORNIA**
15  KEVIN THOMPSON, et al.,        )
                                   )
16            Defendants.          )
    ───────────────────────────────)

17

18          GOOD CAUSE appearing therefor,

19          IT IS HEREBY ORDERED that defendant Kevin Thompson may

20  travel to the Central District of California to teach at a seminar

21  between April 13 and 18, 2006, and he may also travel to Boston for

22  a ministers' conference between April 26 and 30, 2006.

23

24  DATED:  April 5 , 2006.

25

26  ──────────────────────────────────────

27  HON. WAYNE D. BRAZIL
    UNITED STATES MAGISTRATE JUDGE

28

ORDER PERMITTING DEF THOMPSON TO TRAVEL
OUTSIDE NORTHERN DISTRICT OF CALIFORNIA