J. FRANK McCABE (SBN 48246)
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone:  (415) 397-1757
Facsimile:  (415) 433-7258

Attorney for Defendant
KEVIN THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>KEVIN THOMPSON, et al.,<br><br>        Defendants. | NO. CR 06-0051 CW<br><br>**REVISED ORDER PERMITTING DEFENDANT THOMPSON TO TRAVEL OUTSIDE NORTHERN DISTRICT OF CALIFORNIA** |

      GOOD CAUSE appearing therefor,

      IT IS HEREBY ORDERED that defendant Kevin Thompson may travel to the Central District of California to teach at a seminar between April 13 and 18, 2006, and he may also travel to New York for a church conference and then to Boston for a ministers' conference between April 20 and 30, 2006.

DATED: April 10, 2006.

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Wayne D. Brazil]

_____
HON. WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

REVISED ORDER PERMITTING DEF THOMPSON TO TRAVEL
OUTSIDE NORTHERN DISTRICT OF CALIFORNIA