```
J. FRANK McCABE (SBN 48246)
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone:  (415) 397-1757
Facsimile:  (415) 433-7258

Attorney for Defendant
KEVIN THOMPSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN THOMPSON, et al.,<br><br>　　　　Defendants. | NO. CR 06-0051 CW<br><br>**ORDER PERMITTING DEFENDANT THOMPSON TO TRAVEL OUTSIDE NORTHERN DISTRICT OF CALIFORNIA** |

　　　　GOOD CAUSE appearing therefor,

　　　　IT IS HEREBY ORDERED that defendant Kevin Thompson may travel to San Bernardino County, California, to teach at a church camp between July 16 and 31, 2006.

DATED:  June 7, 2006.

```
                                    _____
                                    HON. WAYNE D. BRAZIL
                                    UNITED STATES MAGISTRATE JUDGE
```

*IT IS SO ORDERED*
*Wayne D. Brazil*
*Judge Wayne D. Brazil*

ORDER PERMITTING DEF THOMPSON TO TRAVEL
OUTSIDE NORTHERN DISTRICT OF CALIFORNIA