```
 1  J. FRANK McCABE (SBN 48246)
    500 Sansome Street, Suite 212
 2  San Francisco, California 94111
    Telephone:  (415) 397-1757
 3  Facsimile:  (415) 433-7258

 4  Attorney for Defendant
    KEVIN THOMPSON
 5

 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,    )    NO. CR 06-0051 CW
                                 )
13           Plaintiff,           )    STIPULATION AND
                                 )    ORDER WITHDRAWING DEFENDANT'S
14      v.                       )    MOTIONS WITHOUT PREJUDICE
                                 )
15  KEVIN THOMPSON, et al.,      )
                                 )
16           Defendants.         )
    _____)
17
```

18       On June 12, 2006, Kevin Thompson filed a motion for

19  disclosure of intent to use hearsay statements, a motion for

20  government agents to retain rough notes, a request for Henthorne

21  material and tentative witness list, a motion to reserve right to

22  file additional motions if necessary, and a notice of joinder.

23       The parties hereby stipulate that defendant Thompson may

24  withdraw these motions WITHOUT PREJUDICE in order to further

25  facilitate settlement discussions.  The parties are actively seeking

26  to settle the case short of trial, and litigating these motions will

27  be unnecessary if the parties can agree on a resolution.  In order

28  to promote further settlement discussions and preserve defendant's

STIP AND ORDER WITHDRAWING
DEF'S MOT WITHOUT PREJUDICE
                                    1

rights, the parties seek to withdraw defendant's motions without prejudice. As such, the parties agree and stipulate that defendant Thompson may withdraw these motions without prejudice and may re-notice and file the motions should the parties be unable to reach a negotiated resolution and the case proceeds to trial.

A proposed Order is appended hereto.

SO STIPULATED

Respectfully submitted,

DATED: July 17, 2006.        /s/
                             J. FRANK McCABE
                             Attorney for Defendant Thompson

                             KEVIN V. RYAN
                             United States Attorney

DATED: July 17, 2006.        /s/
                             MAUREEN BESSETTE
                             Assistant United States Attorney

**ORDER**

Based on the stipulation of parties, the Court hereby allows defendant to withdraw his motions without prejudice; defendant may re-notice and re-file the motions if and when it is appropriate. The Clerk is directed to remove this motion from the Court's calendar.

SO ORDERED.

DATED: July 19, 2006.

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

STIP AND ORDER WITHDRAWING
DEF'S MOT WITHOUT PREJUDICE