```
J. FRANK McCABE (SBN 48246)
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone:  (415) 397-1757
Facsimile:  (415) 433-7258

Attorney for Defendant
KEVIN THOMPSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 06-0051 CW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER WITHDRAWING DEFENDANT'S MOTIONS WITHOUT PREJUDICE** |
| v. | ) | |
| KEVIN THOMPSON, et al., | ) | |
| Defendants. | ) | |

      On June 12, 2006, Kevin Thompson filed a motion for disclosure of intent to use hearsay statements, a motion for government agents to retain rough notes, a request for Henthorne material and tentative witness list, a motion to reserve right to file additional motions if necessary, and a notice of joinder.

      The parties hereby stipulate that defendant Thompson may withdraw these motions WITHOUT PREJUDICE in order to further facilitate settlement discussions.  The parties are actively seeking to settle the case short of trial, and litigating these motions will be unnecessary if the parties can agree on a resolution.  In order to promote further settlement discussions and preserve defendant's

STIP AND ORDER WITHDRAWING
DEF'S MOT WITHOUT PREJUDICE

1

rights, the parties seek to withdraw defendant's motions without prejudice.  As such, the parties agree and stipulate that defendant Thompson may withdraw these motions without prejudice and may re-notice and file the motions should the parties be unable to reach a negotiated resolution and the case proceeds to trial.

A proposed Order is appended hereto.

SO STIPULATED

Respectfully submitted,

DATED:  July 17, 2006.          /s/
                                J. FRANK McCABE
                                Attorney for Defendant Thompson

                                KEVIN V. RYAN
                                United States Attorney

DATED:  July 17, 2006.          /s/
                                MAUREEN BESSETTE
                                Assistant United States Attorney

**ORDER**

Based on the stipulation of parties, the Court hereby allows defendant to withdraw his motions without prejudice; defendant may re-notice and re-file the motions if and when it is appropriate.  The Clerk is directed to remove this motion from the Court's calendar.

SO ORDERED.

DATED:  July 19, 2006.

*Claudia Wilken* (signature)

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

STIP AND ORDER WITHDRAWING
DEF'S MOT WITHOUT PREJUDICE

2