FILED
SEP 19 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff(s),<br>v.<br><br>KEVIN THOMPSON,<br><br>                Defendant(s). | No. CR-06-00051 CW (WDB)<br><br>**REPORT AND RECOMMENDATION** |

On September 19, 2006, pursuant to the parties' agreement, I conducted the Rule 11 proceeding in this matter. I am fully satisfied that it is appropriate to enter the defendant's guilty plea on Count 1 of the Indictment and I therefore RECOMMEND that Judge Wilken do so.

IT IS SO REPORTED AND RECOMMENDED.

Dated: 9-19-06

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Parties of Record via ECF; Sheilah; WDB's Stats; Probation

G:\WDBIVY\CRORDERS\R&R Guilty Plea.Thompson.frm