IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 06-00051 CW |
|---|---|
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE GUILTY PLEA |
| v. | |
| KEVIN THOMPSON, | |
| Defendant. | |

The Court has reviewed Magistrate Judge Wayne D. Brazil's Report and Recommendation Re Entry of Plea of Guilty and adopts the Recommendation in every respect. Accordingly,

IT IS ORDERED that a plea of guilty is hereby entered as to Count One of the Indictment charging Defendant Kevin Thompson with Conspiracy to Violate the Lacey Act in violation of 18 U.S.C. § 371. Sentencing is set for January 8, 2007, at 2:30 p.m. The Defendant shall report to the U.S. Probation Office for preparation of a Presentence Report.

Dated: 9/25/06

CLAUDIA WILKEN
United States District Judge

cc: WDB; probation