```
 1  J. FRANK McCABE (SBN 48246)
    Attorney at Law
 2  500 Sansome Street, Suite 212
    San Francisco, California 94111
 3  Telephone:  (415) 397-1757
    Facsimile:  (415) 433-7258
 4
    Attorney for Defendant
 5  KEVIN THOMPSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 06-0051 CW | |
| ) | | |
| Plaintiff, ) | **STIPULATION AND** | |
| ) | **ORDER TO CONTINUE SENTENCING** | |
| v. ) | **HEARING** | |
| ) | AS MODIFIED | |
| KEVIN THOMPSON, et al., ) | | |
| ) | | |
| Defendants. ) | | |

IT IS HEREBY STIPULATED by and between Maureen C. Bessette, Assistant United States Attorney, and J. Frank McCabe, counsel for defendant, Kevin Thompson, that the sentencing hearing of defendant Thompson be continued to January 22, 2007, at 2:00 p.m.

///

///

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE SENTENCING HEARING

1

IT IS FURTHER STIPULATED that this continuance is with the consent of United States Probation Officer Charles Mabie.

```
                              KEVIN V. RYAN
                              United States Attorney

DATED: November 30, 2006.        /s/
                              MAUREEN C. BESSETTE
                              Assistant United States Attorney


                              Respectfully submitted,

DATED: November 30, 2006.        /s/
                              J. FRANK McCABE
                              Attorney for Defendant Thompson
```

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing in this matter is continued from January 8 to January 22, 2007, at **2:30 p.m.**

DATED: 12/4/06                 /s/ CLAUDIA WILKEN

```
                              _____
                              HON. CLAUDIA WILKEN
                              UNITED STATES DISTRICT JUDGE
```

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE SENTENCING HEARING

2