1  J. FRANK McCABE (SBN 48246)
   500 Sansome Street, Suite 212
2  San Francisco, California 94111
   Telephone: (415) 397-1757
3  Facsimile: (415) 433-7258

4  Attorney for Defendant
   KEVIN THOMPSON

7           IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       OAKLAND DIVISION

10 UNITED STATES OF AMERICA,    )   NO. CR 06-0051 CW
                                )
11          Plaintiff,           )   **ORDER PERMITTING DEFENDANT**
                                )   **THOMPSON TO TRAVEL OUTSIDE**
12     v.                        )   **NORTHERN DISTRICT OF**
                                )   **CALIFORNIA**
13 KEVIN THOMPSON, et al.,       )
                                )
14          Defendants.          )
                                )

16          GOOD CAUSE appearing therefor,

17          IT IS HEREBY ORDERED that defendant Kevin Thompson may

18 travel to Big Bear Lake, California between December 28, 2006 and

19 January 1, 2007, provided he advises Pretrial Services in advance of

20 his itinerary and where he will be staying.

22 DATED:   December 22_, 2006.

                                    _Claudia Wilken_
                                    _____
                                    for   HON. WAYNE D. BRAZIL
25                                        UNITED STATES MAGISTRATE JUDGE

   ORDER PERMITTING DEF THOMPSON TO TRAVEL
   OUTSIDE NORTHERN DISTRICT OF CALIFORNIA