1  J. FRANK McCABE (SBN 48246)
   Attorney at Law
2  500 Sansome Street, Suite 212
   San Francisco, California 94111
3  Telephone: (415) 397-1757
   Facsimile: (415) 433-7258
4
   Attorney for Defendant
5  KEVIN THOMPSON

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       OAKLAND DIVISION

12

13 UNITED STATES OF AMERICA,    )    NO. CR 06-0051 CW
                                )
14         Plaintiff,            )    **ORDER GRANTING APPLICATION TO**
                                )    **FILE SENTENCING**
15    v.                        )    **MEMORANDUM UNDER SEAL**
                                )
16 KEVIN THOMPSON, et al.,      )
                                )
17         Defendants.          )
                                )
18

19        Because the sentencing memorandum of defendant Kevin

20 Thompson contains confidential information concerning the ongoing

21 investigation of this matter, counsel for the defendant respectfully

22 requests that this sentencing memorandum be filed under seal.

23 DATED: January 18, 2007.

24                              Respectfully submitted,

25
                                _____
26                              J. FRANK McCABE
                                Counsel for Defendant Thompson
27

28

APPLICATION AND ORDER TO
FILE SENTENCING MEMORANDUM UNDER SEAL
                         1

1                                    ORDER

2        GOOD CAUSE appearing therefor,

3        IT IS HEREBY ORDERED that the Sentencing Memorandum of

4   Defendant Thompson be filed under seal.

5   DATED: 1/18/07

                                    *ClaudiaWilken* (signature)
6                                   _____
                                    HON. CLAUDIA WILKEN
7                                   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION AND ORDER TO
FILE SENTENCING MEMORANDUM UNDER SEAL
                                    2