J. FRANK McCABE (SBN 48246)
Attorney at Law
500 Sansome Street, Suite 212
San Francisco, California 94111
Telephone:  (415) 397-1757
Facsimile:  (415) 433-7258

Attorney for Defendant
KEVIN THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 06-0051 CW |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING AS MODIFIED MOTION TO CONDUCT SENTENCING IN CLOSED COURTROOM** |
| v. | ) | |
| | ) | |
| | ) | Sentencing Hearing |
| KEVIN THOMPSON, <u>et</u> <u>al</u>., | ) | Date: January 22, 2007 |
| | ) | Time: 2:30 p.m. |
| Defendants. | ) | Court: Hon. Claudia Wilken |

Because there is an ongoing investigation in this case which involves additional targets whose identity has not been disclosed, counsel for defendant Thompson respectfully requests that defendant's sentencing hearing, scheduled for Monday, January 22, be conducted at the end of the Court's calendar and in a courtroom

///

///

MOTION AND ORDER TO CONDUCT
SENTENCING IN CLOSED COURTROOM

1

1  closed to the public.  Assistant United States Attorney Maureen
2  Bessette has no opposition to this request.
3  DATED:   January 18, 2007.

                                    Respectfully submitted,


                                    _____/s/_____
                                    J. FRANK McCABE
                                    Counsel for Defendant Thompson


                       ORDER

        GOOD CAUSE appearing therefor,

        IT IS HEREBY ORDERED that the sentencing hearing of
Defendant Thompson be conducted at the end of the Court's calendar.
**If the attorneys have a need to say something confidential on the record, they may ask to approach the bench.**

DATED: 1/18/07                      [signature: Claudia Wilken]

                                    _____
                                    HON. CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE

MOTION AND ORDER TO CONDUCT
SENTENCING IN CLOSED COURTROOM
                             2