```
 1  J. FRANK McCABE (SBN 48246)
    500 Sansome Street, Suite 212
 2  San Francisco, California 94111
    Telephone:  (415) 397-1757
 3  Facsimile:  (415) 433-7258

 4  Attorney for Defendant
    KEVIN THOMPSON
```

FILED

FEB 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN THOMPSON, et al.,<br><br>　　　　Defendants. | NO. CR 06-0051 CW<br><br>**ORDER PERMITTING DEFENDANT THOMPSON TO TRAVEL OUTSIDE NORTHERN DISTRICT OF CALIFORNIA** |

GOOD CAUSE appearing therefor,

IT IS HEREBY ORDERED that defendant Kevin Thompson may travel to the Central District of California between February 15 and 17, 2007 to attend a funeral, provided he advises Pretrial Services in advance of his itinerary and where he will be staying.

DATED: February 14, 2007.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

cc: WDB's stats, Copy to parties via ECF,
Sheilah, Pretrial, Financial

ORDER PERMITTING DEF THOMPSON TO TRAVEL
OUTSIDE NORTHERN DISTRICT OF CALIFORNIA